**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN SANCHEZ-RIVERA, A# 073-830-803,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>JAMISON MATUSZEWSKI, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 22-cv-1357-MMA (JLB)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>[Doc. No. 2] |

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  Doc. No. 1.  Petitioner has also filed a request to proceed *in forma pauperis* ("IFP") in which he attests he has no funds on account at the facility in which he is confined.  Doc. No. 2.  Petitioner cannot afford the $5.00 filing fee.  Accordingly, the Court **GRANTS** Petitioner's application to proceed IFP and **DIRECTS** the Clerk of the Court to file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED**.

Dated:  September 12, 2022

　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　United States District Judge